**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| NAAVAH LLC,<br>*Plaintiff*, | §<br>§<br>§ | |
| v. | § | Case No. 4:26-cv-00899 |
| KRISTIN DODSON SMITH,<br>*Defendant*. | §<br>§<br>§ | |

**<u>PLAINTIFF NAAVAH LLC'S CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiff Naavah LLC ("Naavah"), submits the following disclosure: Naavah is headquartered in and operates out of Texas, its sole member and owner is Paul McLaren Trust which is organized under the laws of Texas and whose trustees are citizens of Texas, and no publicly held corporation owns 10% or more of its stock. Naavah is a citizen of Texas.

Respectfully submitted,

By: */s/ Edwin Buffmire*

Edwin Buffmire
State Bar No. 24078283
Cody Martinez
State Bar No. 24102146
Elizabeth Pittman
State Bar No. 24110823
**JACKSON WALKER LLP**
2323 Ross Avenue, Ste. 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 – Fax
Email: ebuffmire@jw.com
Email: cmartinez@jw.com
Email: epittman@jw.com